United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.130.20.179,<br><br>Defendant. | Case No.  5:17-cv-07002-HRL<br><br>**CLERK'S NOTICE RE INITIAL CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT the Initial Case Management Conference has been **continued to June 19, 2018, 1:30 p.m.**  A Joint Case Management Statement is due by **June 12, 2018**. All other related deadlines are adjusted accordingly.

Dated:   May 7, 2018

_____/s/_____
Chambers of Magistrate Judge Howard R. Lloyd